UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VOXEO CORPORATION, a Delaware corporation,**

      **Plaintiff,**

v.

Case No. 6:11-cv-01832-GAP-GJK

**VOX.IO L.L.C., a Slovenian limited liability company,**

      **Defendant.**
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Diana M. Szego, counsel for Defendant, vox.io L.L.C. in the above-captioned matter, and hereby responds to this Court's September 4, 2012 Order to Show Cause (Doc. 28) by stating the following:

1. This Court previously granted counsel, Diana M. Szego, permission to appear *pro hac vice*, provided that counsel register for the Court's electronic case filing system.

2. Counsel's failure to earlier register for the Court's CM/ECF docket system in accordance with this Court's July 31, 2012 Order (Doc. 27) was an inadvertent oversight.

3. Upon receiving the Court's Order to Show Cause, Counsel promptly registered for the CM/ECF system on September 5, 2012. Additionally, Counsel took the electronic civil case filing tutorial offered on the Court's website.

Accordingly, Counsel, Diana M. Szego, respectfully requests that the Court not sanction Counsel or revoke her *pro hac vice* status as a result of Counsel's unintentional failure to previously register to participate in the CM/ECF docket system.

Date:  September 7, 2012

/s/ Diana M. Szego
Diana M. Szego (*pro hac vice*)
dszego@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1152 15th Street NW
Washington, DC 20005
Telephone:  (202) 339-8500
Facsimile:  (202) 339-8400

Thomas H. Zellerbach (*pro hac vice*)
tzellerbach@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Michael J. Beaudine, Esq.
Florida Bar No. 772763
beaudine@lseblaw.com
Christina Y. Taylor, Esq.
Florida Bar No. 0057616
ctaylor@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone:  (407) 481-5800
Facsimile:  (407) 481-5801

Attorneys for Defendant vox.io L.L.C.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on September 7, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jason S. Miller, Esq. and Richard S. Dellinger, Esq., Lowndes, Drosdick, Doster, Kantor & Reed, P.A., 215 N. Eola Dr., P.O. Box 2809, Orlando, Florida 32802-2809.

                                             /s/ Diana M. Szego
                                             Diana M. Szego